IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERMAINE HALL,

        Petitioner,

vs.                                       CASE NO. 4:07cv350-SPM/WCS

WALTER A. MCNEIL,

        Respondent,
_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 24) dated October 14, 2008. Petitioner has filed objections (doc. 25) pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the report and recommendation and the objections, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

       1.     The magistrate judge's report and recommendation (doc. 24) is ADOPTED and incorporated by reference in this order.

       2.     The 2254 petition for writ of habeas corpus filed by Jermaine Hall, challenging his convictions and sentences in the Circuit Court of the Second

Judicial Circuit, in and for Madison County, Florida, case number 03-115-CF, is denied with prejudice.

DONE AND ORDERED this 17th day of November, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge